# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 00-54425
) CHAPTER 7
    ATP Technology, Inc. )
)
DEBTOR (S) ) **PETITION FOR UNCLAIMED FUNDS**
)

    I, the undersigned petitioner, <u>under penalty of perjury</u> under the laws of the United States of America, declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $3,406.04 which is the sum of all monies deposited with the Court by the case trustee on behalf of the creditor <u>Aramark Uniform Services, Inc.</u>

2. I am the lawful attorney-in-fact for the creditor (or successor in interest to the creditor) named in paragraph 1 and I am duly authorized by the attached original power of attorney to file this application. I acknowledge that I am solely responsible for payment of these funds to the creditor.

3. The following is the claimant's current address, contact, phone number, and a brief history of the creditor from filing of the creditor's claim to present.

    The court lists the following information for this claimant:

    Aramark Uniform Services, Inc.
    155 S EL MOLINO AV
    PASADENA CA 9110

    That information is no longer correct. The following is the current address, contact and telephone number:

    <u>Current Address:</u>

    Aramark Uniform and Career Apparel LLC.
    Attn: Marlyn Gates, Assistant General Counsel
    115 North First St.
    Burbank, CA 91502

    <u>Current Phone</u>: 818-973-3700

    <u>Creditors History:</u> The claimant named above is the rightful claimant to these funds as evidenced by the attached Exhibits. The claimant is the original creditor in this case. The business name and the mailing address have both changed. <u>Aramark Uniform Services, Inc.</u> changed its name to <u>Aramark Uniform & Career Apparel, Inc.</u> in 1998. <u>Aramark Uniform & Career Apparel, Inc.</u> converted from a corporation to a Limited Liability Company and

simultaneously changed its name to <u>Aramark Uniform and Career Apparel, LLC</u> in 2007.

Authorization to act as the claimant's agent is shown by <u>Exhibit A</u>. <u>Exhibit B</u> is a sworn affidavit of the claimant asserting ownership of these funds. <u>Exhibit C</u> is the certificate of Amendment filed with the state of Delaware changing the name to Aramark Uniform & Career Apparel, Inc. <u>Exhibit D</u> is the certificate of conversion from a corporation to a Limited Liability Company and related documents filed with the state of Delaware. <u>Exhibit E</u> is a copy of company stationary for the signatory showing the current business address. <u>Exhibit F</u> identifies the signatory by her business card and photo ID.

<u>The following attached Exhibits support this claim</u>:

Exhibit A: Original Limited Power of Attorney (Authority to Act)
Exhibit B: Affidavit of Claimant
Exhibit C: Name Change Amendment
Exhibit D: Certificate of Conversion
Exhibit E: Company Letterhead
Exhibit F: Business card & Photo Identification of signatory

Date executed by applicant <u>Jan. 17, 09.</u>

Michael Sullivan, Sierra Funds Recovery, Inc.
10123 Main Place Ste. B
Bothell, WA 98011-3402
425.489.2669

Attorney in Fact for
Aramark Uniform and Career Apparel LLC.

NOTARY ACKNOWLEDGMENT

State of Washington )
County of King )

On <u>January 17, 2009</u> before me, personally appeared <u>Michael Sullivan, of Sierra Funds Recovery, Inc.</u> personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal:

NOTARY PUBLIC
Notary in and for the State of Washington
Residing in King County