Entered on Docket
March 02, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed March 02, 2011

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No: 00-54425-ASW

ATP Technology Inc., Applied Testing & Programming, Inc.  Chapter No. 7

Debtor  **ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Kent Components Distribution, in the amount of $2,186.35 was not cashed within the 90 day limit and an unclaimed money report was entered on July 7 2008 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Avnet, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,186.35, to:

Kent Components Distribution
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

\*\*End of Order\*\*
\*\*No Service List Requested\*\*